

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00182-CV

**Crystal SMITH,**
Appellant

v.

**Joseph HICKMAN,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

On July 30, 2019, Amanda L. Clepper filed a Motion to Withdraw and Substitute Appellee Counsel in which Ms. Clepper requests the court substitute Renee Yanta as lead counsel on appeal at appellee's request. The motion contains all of the information required by Rule 6.1(c), as well as Rule 6.5. *See* TEX. R. APP. P. 6.1(C) & 6.5.

Accordingly, we GRANT Ms. Clepper's Motion to Withdraw and Substitute Appellee Counsel.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court